UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JONATHAN ERIC LUNDEEN,

        Defendant.

Case No. CR19-256-RSL

DETENTION ORDER

Offenses charged:

    Count 1:    Felon in Possession of a Firearm, 18 U.S.C. §922(g)(1)

Date of Detention Hearing: January 6, 2020

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons stated on the record and as set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing because this is a case that involves the possession of a firearm pursuant to 18 U.S.C. § 3142(f)(1)(E).

2. The government has shown by clear and convincing evidence that there are no conditions or combination of conditions that will reasonably assure the safety of the community.

DETENTION ORDER - 1

3. Defendant is charged with a significant crime involving firearms and allegations that he brandished firearms to intimidate a victim in this case.

4. Although the least important factor, the weight of the evidence is strong in that Defendant appears to admit that the firearms were found in his bedroom.

5. Defendant has a number of failures to appear and at least two recent bench warrants. Upon advice of counsel, Defendant declined to answer questions regarding his access to firearms or his drug use during his interview with Pretrial Services, so the Court lacks information regarding his drug use and access to firearms.

6. Defendant lacks stable employment and stable residence although the Court acknowledges that his mother has agreed to allow Defendant to live with her in Forks, Washington.

7. The Court is primarily concerned with the allegations that, while on pretrial release in King County, the Defendant is accused of drug dealing – engaging in controlled buys with local law enforcement – and when he was arrested on this case, law enforcement found additional firearms in a room believed to be his bedroom.

8. Defendant poses a risk of danger due to his noncompliance with conditions of release on a related case and the allegations that he continues to possess firearms and possibly deal drugs. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of January, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge