The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN ERIC LUNDEEN,<br><br>　　　　　　　　Defendant. | No. CR19-256 RSL<br><br>ORDER SCHEDULING TRIAL DATE |

Having considered the record and the parties' May 28, 2020 joint motion, and General Orders 02-20, 07-20, and 08-20 for the Western District of Washington, the Court FINDS that neither trial nor the currently scheduled status hearing in this case can proceed before August 3, 2020. For the reasons detailed in the parties' joint motion, the ends of justice served by vacating the status hearing and scheduling a trial date in October 2020 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the parties' joint motion to schedule a trial date in October 2020 is GRANTED.

The status hearing currently scheduled for June 5, 2020 is VACATED. The trial is scheduled for October 19, 2020. Pretrial motions are due by September 14, 2020.

IT IS FURTHER ORDERED that the time between the date of the filing of the parties' joint motion and the October 19, 2020 trial date is excluded in computing the time

within which trial must commence, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 28th day of May, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge