UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LUNDEEN,<br><br>Defendant. | No. CR19-256-RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property ("Subject Firearms"):

1. One HK .40 caliber handgun, bearing serial number 021-1104, and any associated ammunition; and

2. One Smith & Wesson .40 caliber handgun, bearing serial number FYJ2174, and any associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On March 15, 2021, the Court entered a Preliminary Order of Forfeiture finding the Subject Firearms forfeitable pursuant to 18 U.S.C. § 924(d)(1)

Final Order of Forfeiture - 1
*United States v. Lundeen,* CR19-256-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and 28 U.S.C. § 2461(c) and forfeiting Defendant Jonatan Lundeen's interest in them, Dkt. No. 45;

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 55, and provided direct notice to seven potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A-G; and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Firearms exists in any party other than the United States;

2. The Subject Firearms are fully and finally condemned and forfeited, in their entirety, to the United States; and

3. The United States Department of Justice, and/or their representatives, are authorized to dispose of the Subject Firearms as permitted by governing law.

IT IS SO ORDERED.

DATED this 11th day of June, 2021.

*[signature]*
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Lundeen,* CR19-256-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Lundeen,* CR19-256-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970